STATE v. RIDDICK

No. 148P87.

Case below: 84 N.C. App. 458.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 May 1987.

STATE v. ROARY

No. 79P87.

Case below: 84 N.C. App. 148.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.

STATE v. SOUTHARD

No. 123P87.

Case below: 84 N.C. App. 568.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.

STATE v. STURGILL

No. 58P87.

Case below: 84 N.C. App. 148.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.

STATE v. SWINK

No. 82P87.

Case below: 84 N.C. App. 149.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.